# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-2007          **Short Title:** Pizza Hazel, Inc., et al v. Amer

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Pizza Hazel, Inc.; Nunan Florist & Greenhouses Inc.; Skin Rejuvination Center & Spa, Inc.          as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Thomas Scott-Railton
Signature

November 6, 2025
Date

Thomas Scott-Railton
Name

Gupta Wessler LLP
Firm Name (if applicable)

202-888-1741
Telephone Number

2001 K Street NW Suite 850
Address

Fax Number

Washington, DC 20006
City, State, Zip Code

thomas@guptawessler.com
Email (required)

Court of Appeals Bar Number: 1213997

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Print | Reset |