# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

No. 25-2007          **Short Title:** Pizza Hazel v. American Expre

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Pizza Hazel, Inc.; Nunan Florist & Greenhouses Inc.; Skin Rejuvination Center & Spa, Inc          as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

s/ Deepak Gupta          04/27/2026
Signature          Date

Deepak Gupta
Name

Gupta Wessler LLP          202-888-1741
Firm Name (if applicable)          Telephone Number

2001 K Street NW, Suite 850 North
Address          Fax Number

Washington, DC 20006          deepak@guptawessler.com
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: 1183680

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).