# RULE 26.1 DISCLOSURE STATEMENT

As required by Federal Rule of Appellate Procedure 26.1, Pizza Hazel, Inc., Nunan Florist and Greenhouses, Inc., and Skin Rejuvenation Center and Spa, Inc. state that they do not have parent corporations and that no publicly held corporation owns 10% or more of their stock.